Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**AINSLEY S. KELLY, Survivor of JESSI-KEALOHA PHOENIX,**

        Plaintiff,

  vs.

Commissioner of Social Security Administration,

        Defendant.
_____

Civil No. CV 09-6324-JE

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $15,423.00 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b).  The net requested herein, less the EAJA fee awarded of $5,696.43, is $9,726.57, and Defendant shall pay this

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -       1

amount to Plaintiff's counsel, less an administrative assessment pursuant to 42 U.S.C. 406(d).  There are no other costs.

    IT IS SO ORDERED this day of December __9th__, 2014

                                          /s/ John Jelderks
                                      U.S. Magistrate Judge

PRESENTED BY:

By:   /s/ DREW L. JOHNSON
       Drew L. Johnson, OSB #75200
       Of Attorneys for Plaintiff